

# THE THIRTEENTH COURT OF APPEALS

13-17-00263-CV

Laguna Madre Construction, Inc. D/B/A Bay Area Construction
v.
Hope Lumber and Supply Company, LP D/B/A Probuild South LP

On Appeal from the
404th District Court of Cameron County, Texas
Trial Cause No. 2012-DCL-6341-G

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes that the judgment of the trial court should be affirmed. The Court orders the judgment of the trial court AFFIRMED. Costs of the appeal are adjudged against appellant, Laguna Madre Construction, Inc. d/b/a Bay Area Construction.

We further order this decision certified below for observance.

July 26, 2018